UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | ED CV 25-3342 PA (DTBx) | Date | January 14, 2026 |
| Title | Marcus Chavez v. Lowe's Company Inc., et al. | | |

Present: The Honorable   PERCY ANDERSON, UNITED STATES DISTRICT JUDGE

| Kamilla Sali-Suleyman | Lisa Gonzalez |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Avi Zvulun (video) | Stephanie Forman (video) |

**Proceedings:**     STATUS CONFERENCE via ZOOM

    Court and counsel confer regarding the Motion to Remand filed by plaintiff Marcus Chavez ("Plaintiff") (Docket No. 11). For the reasons stated on the record, as well as the reasons stated on the Notice of Deficiency (Docket No. 13), Plaintiff's Motion to Remand is stricken.

    Should Plaintiff seek leave to file an amended complaint that adds a non-diverse party, Plaintiff may simultaneously seek remand if the Court were to allow the amendment. See 28 U.S.C. s 1447(e) ("If after removal the plaintiff seeks to join additional defendants whose joinder would destroy subject matter jurisdiction, the court may deny joinder, or permit joinder and remand the action to the State court."). All motions filed by the parties must comply with Rules 6-1 and 7 of the Local Civil Rules, including the meet and confer requirements set forth under Local Rule 7-3. The Court warns the parties that future violations of the Federal Rules of Civil Procedure, the Local Rules, or this Court's Orders may result in the imposition of sanctions.

    IT IS SO ORDERED.

|  | 0 | : | 12 |
|---|---|---|---|
| Initials of Preparer | | | kss |